# EXHIBIT A

Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VAu 1-565-232**

Effective Date of Registration:
September 29, 2025
Registration Decision Date:
November 19, 2025

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

**Title**

| | |
|---|---|
| **Title of Group:** | Grizzly 1 and 9 Other Unpublished Works |
| **Content Title:** | Grizzly 1 |
| | Grizzly 2 |
| | Grizzly 3 |
| | Grizzly 4 |
| | Grizzly 5 |
| | Grizzly 6 |
| | Grizzly 7 |
| | Grizzly 8 |
| | Grizzly 9 |
| | Grizzly 10 |

**Completion/Publication**

Year of Completion: 2025

**Author**

- **Author:** Studio Hari
- **Author Created:** Pictorial or Graphic Works
- **Work made for hire:** Yes
- **Domiciled in:** France

**Copyright Claimant**

Copyright Claimant: Studio Hari
166 Boulevard Voltaire, Paris, 75011, France

Page 1 of 2

## Rights and Permissions

| | |
|---:|:---|
| **Organization Name:** | Aronberg Goldgehn Davis & Garmisa |
| **Name:** | Sofia Quezada Hastings |
| **Email:** | shastings@agdglaw.com |
| **Telephone:** | (312)755-3139 |
| **Alt. Phone:** | (815)274-0155 |
| **Address:** | 225 W. Washington St., Suite 2800<br>Chicago, IL 60606 United States |

## Certification

| | |
|---:|:---|
| **Name:** | Sofia Quezada Hastings |
| **Date:** | September 29, 2025 |
| **Applicant's Tracking Number:** | CR0066 |

---

| | |
|---:|:---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.<br><br>Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VAu 1-565-357**

**Effective Date of Registration:**
September 29, 2025
**Registration Decision Date:**
November 20, 2025

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Grizzly World Tour 1 and 8 Other Unpublished Works |
| **Content Title:** | Grizzly World Tour 1 |
| | Grizzly World Tour 2 |
| | Grizzly World Tour 3 |
| | Grizzly World Tour 4 |
| | Grizzly World Tour 5 |
| | Grizzly World Tour 6 |
| | Grizzly World Tour 7 |
| | Grizzly World Tour 8 |
| | Grizzly World Tour 10 |

### Completion/Publication

**Year of Completion:** 2025

### Author

- **Author:** Studio Hari
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Domiciled in:** France

### Copyright Claimant

**Copyright Claimant:** Studio Hari
166 Boulevard Voltaire, Paris, 75011, France

### Rights and Permissions

Page 1 of 2

|  |  |
|---|---|
| **Organization Name:** | Aronberg Goldgehn Davis & Garmisa |
| **Name:** | Sofia Quezada Hastings |
| **Email:** | squezada@agdglaw.com |
| **Telephone:** | (312)755-3139 |
| **Address:** | 225 W. Washington St., Suite 2800<br>Chicago, IL 60606 |

## Certification

|  |  |
|---|---|
| **Name:** | Sofia Quezada Hastings |
| **Date:** | September 29, 2025 |
| **Applicant's Tracking Number:** | CR0067 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.<br><br>Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VAu 1-565-359

**Effective Date of Registration:**
September 29, 2025
**Registration Decision Date:**
November 20, 2025

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Grizzly World Tour 21 and 9 Other Unpublished Works |
| **Content Title:** | Grizzly World Tour 21 |
| | Grizzly World Tour 22 |
| | Grizzly World Tour 23 |
| | Grizzly World Tour 24 |
| | Grizzly World Tour 25 |
| | Grizzly World Tour 26 |
| | Grizzly World Tour 27 |
| | Grizzly World Tour 28 |
| | Grizzly World Tour 29 |
| | Grizzly World Tour 30 |

### Completion/Publication

**Year of Completion:** 2025

### Author

| | |
|---|---|
| **Author:** | Studio Hari |
| **Author Created:** | Pictorial or Graphic Works |
| **Work made for hire:** | Yes |
| **Domiciled in:** | France |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Studio Hari |
| | 166 Boulevard Voltaire, Paris, 75011, France |

Page 1 of 2

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Aronberg Goldgehn Davis & Garmisa |
| **Name:** | Sofia Quezada Hastings |
| **Email:** | squezada@agdglaw.com |
| **Telephone:** | (312)755-3139 |
| **Address:** | 225 W. Washington St., Suite 2800<br>Chicago, IL 60606 |

## Certification

|  |  |
|---|---|
| **Name:** | Sofia Quezada Hastings |
| **Date:** | September 29, 2025 |
| **Applicant's Tracking Number:** | CR0069 |

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VAu 1-565-338**

**Effective Date of Registration:**
September 29, 2025
**Registration Decision Date:**
November 20, 2025



## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Grizzly World Tour 11 and 9 Other Unpublished Works |
| **Content Title:** | Grizzly World Tour 11 |
| | Grizzly World Tour 12 |
| | Grizzly World Tour 13 |
| | Grizzly World Tour 14 |
| | Grizzly World Tour 15 |
| | Grizzly World Tour 16 |
| | Grizzly World Tour 17 |
| | Grizzly World Tour 18 |
| | Grizzly World Tour 19 |
| | Grizzly World Tour 20 |

### Completion/Publication

**Year of Completion:** 2025

### Author

- **Author:** Studio Hari
- **Author Created:** Pictorial or Graphic Works
- **Work made for hire:** Yes
- **Domiciled in:** France

### Copyright Claimant

**Copyright Claimant:** Studio Hari
166 Boulevard Voltaire, Paris, 75011, France

Page 1 of 2

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Aronberg Goldgehn Davis & Garmisa |
| **Name:** | Sofia Quezada Hastings |
| **Email:** | squezada@agdglaw.com |
| **Telephone:** | (312)755-3139 |
| **Address:** | 225 W. Washington St., Suite 2800 |
|  | Chicago, IL 60606 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Sofia Quezada Hastings |
| **Date:** | September 29, 2025 |
| **Applicant's Tracking Number:** | CR0068 |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |