**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HARI STUDIOS,<br><br>                    Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                    Defendants. | Case No. 26-cv-187 |

**SCHEDULE A TO COMPLAINT**

| No. | Seller Name | Seller URL |
|---|---|---|
| 1 | hangdian store | https://www.amazon.com/sp?ie=UTF8&seller=AHXB835CYT10Q |
| 2 | NUTRIMASK American Cartoon Peripherals US | https://www.amazon.com/sp?ie=UTF8&seller=A19OW51RI5LW4B |
| 3 | suzhoushishengxuanshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=AH7BPSN98NYMG |
| 4 | tongka | https://www.amazon.com/sp?ie=UTF8&seller=A2D7RN867P19MG |
| 5 | zhangjiajieshiwulingyuan | https://www.amazon.com/sp?ie=UTF8&seller=A2RLTI1L1XVU8Z |
| 6 | liancheng08 | https://www.dhgate.com/store/top-selling/21733992.html |
| 7 | zifenmi | https://www.dhgate.com/store/top-selling/21635276.html |
| 8 | yixing_68 | https://www.ebay.com/str/papapaparty |
| 9 | bazbe | https://bazbe.com/ |
| 10 | Macoroo Store | https://macoroo.com/ |
| 11 | Ultron Digital | https://www.phonetabletcase.com/ |
| 12 | valueverve | https://www.valueverve.com/ |
| 13 | ascsavsad | https://us.shein.com/store/home?store_code=5751567168 |
| 14 | bEV1pYoy | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=286362127&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DbEV1pYoy%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6129533742&src_module=DetailBrand&src_tab_page_id=page_goods_detail1763988824528&store_code=6129533742&tab=items |
| 15 | cese0 | https://us.shein.com/store/home?store_code=8124618666 |
| 16 | csrgfr | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=230504380&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dcsrgfr%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5802492269&src_module=DetailBrand&src_tab_page_id=page_goods_detail1761822514675&store_code=5802492269&tab=items |

| | | |
|---|---|---|
| 17 | diaoyukainvzhuang | https://us.shein.com/store/home?store_code=8643000026 |
| 18 | DSKUYGZNJLODKTGJYUL | https://us.shein.com/store/home?store_code=9716095285 |
| 19 | ergtkjusdfr | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=270211492&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dergtkjusdfr%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9146066043&src_module=DetailBrand&src_tab_page_id=page_goods_detail1763989495813&store_code=9146066043&tab=items |
| 20 | etruytgdfr | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=227803317&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Detruytgdfr%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9651027089&src_module=DetailBrand&src_tab_page_id=page_goods_detail1761822016429&store_code=9651027089&tab=items |
| 21 | fewtnrew | https://us.shein.com/store/home?store_code=9987258800 |
| 22 | Happy Hats | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=8621&main_goods_id=130848517&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DHappy%20Hats%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_1550950757&src_module=DetailBrand&src_tab_page_id=page_goods_detail1759489399440&store_code=1550950757&tab=items |
| 23 | heyongqiangnvzhuang | https://us.shein.com/store/home?store_code=5882158046 |
| 24 | hrnutr | https://us.shein.com/store/home?store_code=2809869866 |
| 25 | husc65hu7a | https://us.shein.com/store/home?store_code=5711012640 |
| 26 | HVF | https://us.shein.com/store/home?store_code=9869619521 |
| 27 | Jasmine Co44 | https://us.shein.com/store/home?store_code=3229256806 |
| 28 | Jia krypton | https://us.shein.com/store/home?store_code=3345898249 |
| 29 | juylywishotmail.com | https://us.shein.com/store/home?store_code=4819056674&ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=284173787&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Djuylywishotmail.com%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_4819056674&src_module=DetailBrand&src_tab_page_id=page_goods_detail1764249294785&tab=home |
| 30 | kgkkgfjyiy o | https://us.shein.com/store/home?store_code=8110099788 |
| 31 | liqizhinvzhuang | https://us.shein.com/store/home?store_code=8345492456 |
| 32 | LLFDECUS | https://us.shein.com/store/home?store_code=1658324819 |
| 33 | LTUStoy | https://us.shein.com/store/home?store_code=9131240717&ici=PageGoodsDetail&main_cate_id=7988&main_goods_id=260538835&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DLTUStoy%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9131240717&src_module=DetailBrand&src_tab_page_id=page_goods_detail1762956197043&tab=home |
| 34 | MALIVERNY | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1980&main_goods_id=188458048&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DMALIVERNY%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5770199872&src_module=DetailBrand&src_tab_page_id=page_goods_detail1759489518594&store_code=5770199872&tab=items |

| 35 | Meridith | https://us.shein.com/store/home?store_code=1977732266 |
|---|---|---|
| 36 | mnowazocom | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=288144333&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dmnowazocom%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_4353212829&src_module=DetailBrand&src_tab_page_id=page_goods_detail1763989717471&store_code=4353212829&tab=items |
| 37 | ModaMuses | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=206659559&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DModaMuses%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_7948161321&src_module=DetailBrand&src_tab_page_id=page_goods_detail1761817611529&store_code=7948161321&tab=items |
| 38 | NAZ&TX | https://us.shein.com/store/home?store_code=2595934661 |
| 39 | nykuik | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=213912373&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dnykuik%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_2159689560&src_module=DetailBrand&src_tab_page_id=page_goods_detail1761822190564&store_code=2159689560&tab=items |
| 40 | okm | https://us.shein.com/store/home?store_code=6533913020&ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=274313142&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dokm%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6533913020&src_module=DetailBrand&src_tab_page_id=page_goods_detail1764249224509&tab=home |
| 41 | OPNBKNB | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=5893&main_goods_id=277367108&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DOPNBKNB%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_7386400094&src_module=DetailBrand&src_tab_page_id=page_goods_detail1763144800377&store_code=7386400094&tab=items |
| 42 | qinghaixifalu | https://us.shein.com/store/home?store_code=3676328356 |
| 43 | QTHCTK | https://us.shein.com/store/home?store_code=8179295813 |
| 44 | Rmvem | https://us.shein.com/store/home?store_code=9553769905 |
| 45 | rvgfhfj | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=203263423&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Drvgfhfj%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3773605161&src_module=DetailBrand&src_tab_page_id=page_goods_detail1761818174877&store_code=3773605161&tab=items |
| 46 | Sarai | https://us.shein.com/store/home?store_code=3673785604 |
| 47 | SDGYTIK | https://us.shein.com/store/home?store_code=9127156245&ici=PageGoodsDetail&main_cate_id=7985&main_goods_id=186933857&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DSDGYTIK%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9127156245&src_module=DetailBrand&src_tab_page_id=page_goods_detail1764249379064&tab=home |
| 48 | Sui Yue Wu Sheng | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=174485717&rule_poskey=DetailSho |

| | | |
|---|---|---|
| | | pItemList&src_identifier=on%3Dstore%60cn%3DSui%20Yue%20Wu%20Sheng%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3177684040&src_module=DetailBrand&src_tab_page_id=page_goods_detail1761821342865&store_code=3177684040&tab=items |
| 49 | sxzx | https://us.shein.com/store/home?store_code=4941645135 |
| 50 | teetrgtrgtrgtrg | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=230525642&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dteetrgtrgtrgtrg%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_1399823036&src_module=DetailBrand&src_tab_page_id=page_goods_detail1761822274656&store_code=1399823036&tab=items |
| 51 | The Daily Tee | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=8566&main_goods_id=198961986&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DThe%20Daily%20Tee%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5585167207&src_module=DetailBrand&src_tab_page_id=page_goods_detail1759482748998&store_code=5585167207&tab=items |
| 52 | UBOZA SHOP | https://us.shein.com/store/home?store_code=5486114943 |
| 53 | VetTrow 34 | https://us.shein.com/store/home?store_code=1791628386 |
| 54 | VICFDENON | https://us.shein.com/store/home?store_code=4416210280 |
| 55 | wcht | https://us.shein.com/store/home?store_code=2272316398 |
| 56 | yangzijiangnvzhuang | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=113459463&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dyangzijiangnvzhuang%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_1247077565&src_module=DetailBrand&src_tab_page_id=page_goods909794&store_code=1247077565&tab=items |
| 57 | YethWul368 | https://us.shein.com/store/home?store_code=7530786846 |
| 58 | yhjyhghhgfgtfgftfgt | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=230495948&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dyhjyhghhgfgtfgftfgt%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3342659477&src_module=DetailBrand&src_tab_page_id=page_goods_detail1761822426748&store_code=3342659477&tab=items |
| 59 | zhifeiban | https://us.shein.com/store/home?store_code=9350898414 |
| 60 | Awesome Blanket | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222767491 |
| 61 | BazaarJet | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222551515&goods_id=601101214237430&sticky_type=3&_x_sessn_id=il97sb2qte&refer_page_name=goods&refer_page_id=10032_1759222659384_r2uovah9ll&refer_page_sn=10032 |
| 62 | BlanketBloom | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222170236&goods_id=601102135441249&sticky_type=3&_x_sessn_id=il97sb2qte&refer_page_name=goods&refer_page_id=10032_1759223149642_39p0b5mg1l&refer_page_sn=10032 |
| 63 | ChillWorks Production | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221060490&goods_id=601100129825593&sticky_type=3&_x_sessn |

4

| | | |
|---|---|---|
| | | _id=il97sb2qte&refer_page_name=goods&refer_page_id=10032_1759222312493_hlhj3nrkj0&refer_page_sn=10032 |
| 64 | Freedom Treasure | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418211097354 |
| 65 | HOS RKY | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224562363 |
| 66 | HUN JOE | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218486928 |
| 67 | Inspiration Custom Workshop | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225358672 |
| 68 | Jason Menswear local | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218825793 |
| 69 | Komore Blanket cover | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223623466 |
| 70 | LunarLu homme | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418221150627 |
| 71 | Luxe Loving | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220364837 |
| 72 | MoonGD | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218751648&goods_id=601100881646037&sticky_type=3&refer_page_el_sn=200446&_x_sessn_id=k8wywzwyn8&refer_page_name=goods&refer_page_id=10032_1764066863009_81ffafgppk&refer_page_sn=10032 |
| 73 | Restart xiaodian | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217644196 |
| 74 | SKLVMJF | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224780790 |
| 75 | Starry Night Home Textile | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225424704 |
| 76 | Velvet Mill Textiles | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225137543&goods_id=601103653784862&sticky_type=3&_x_sessn_id=il97sb2qte&refer_page_name=goods&refer_page_id=10032_1759223038337_0zsavnmm35&refer_page_sn=10032 |
| 77 | WeaveDream Studio | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225424582 |
| 78 | XYSOT | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227369255&goods_id=601105313187382&sticky_type=3&refer_page_el_sn=200446&_x_sessn_id=4ezwe24a1i&refer_page_name=goods&refer_page_id=10032_1764332419884_widcuj2hef&refer_page_sn=10032 |
| 79 | BeiHeRui | https://www.walmart.com/global/seller/102763014 |
| 80 | dailylifemust | https://www.walmart.com/global/seller/102808483 |
| 81 | Juneri | https://www.walmart.com/global/seller/102941450 |
| 82 | JUNLIR | https://www.walmart.com/global/seller/102759717 |
| 83 | liuchunying | https://www.walmart.com/global/seller/102770499 |
| 84 | ljmnd | https://www.walmart.com/global/seller/102805957 |
| 85 | minxingqin | https://www.walmart.com/global/seller/102760509 |
| 86 | pengcanliukeji | https://www.walmart.com/global/seller/102760402 |
| 87 | shaoqiang | https://www.walmart.com/global/seller/102840948 |

| 88 | shouyong wang | https://www.walmart.com/global/seller/102724793 |
| --- | --- | --- |
| 89 | WECUIONG GH | https://www.walmart.com/global/seller/101587172 |
| 90 | Wu-honor | https://www.walmart.com/global/seller/102790672 |
| 91 | wuhanshixingyuanliaoxinye | https://www.walmart.com/global/seller/102769860 |
| 92 | XiangFengYu | https://www.walmart.com/global/seller/102757963 |
| 93 | xiangmokeji | https://www.walmart.com/global/seller/102922605 |
| 94 | xianruisiqishangmao | https://www.walmart.com/global/seller/102529573 |
| 95 | youchangyun | https://www.walmart.com/global/seller/102758776 |
| 96 | Yuhaner | https://www.walmart.com/global/seller/102515076 |
| 97 | Yunyou | https://www.walmart.com/global/seller/102742273 |
| 98 | ZhongQing Kids Clothing | https://www.walmart.com/global/seller/101690521 |
| 99 | zsfsdgdh | https://www.walmart.com/global/seller/102820869 |