**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| HARI STUDIOS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>　　　　　　　　Defendants. | Case No. 26-cv-187-RP<br><br>Hon. Robert Pitman |

**[PROPOSED] ORDER GRANTING ELECTRONIC SERVICE OF PROCESS**

THIS MATTER comes before the Court upon the motion of Plaintiff Hari Studios, ("Plaintiff") for Electronic Service of Process of its Complaint against Defendants.

IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff is permitted to serve Defendant:

(a) by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to the emails provided for Defendants by third-party platforms. Plaintiff will also attach to the email PDF copies of the Complaint and issued summons. The combination of providing notice via electronic publication and e-mail, shall constitute notice reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and afford them the opportunity to present their objections.

IT IS SO ORDERED.

_____
Robert Pitman
United States District Judge